# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

JS-6

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge   Philip S. Gutierrez

From: W. Hernandez _____, Deputy Clerk    Date Received: 8/2/2021

Case No.: 5:21-mc-00011-UA    Case Title: Jamie Stanton v. San Bernardino Children & Family Services

Document Entitled: Arbitration Award and Order

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

```
FILED
CLERK, U.S. DISTRICT COURT

AUG - 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY
```

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically |
| ☑ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☑ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ Local Rule 83-2.5 | No letters to the judge |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ Other: | No petition to confirm or vacate arbitration award attached |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                             U.S. District Judge / ~~U.S. Magistrate Judge~~

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_8/5/21_____        _____
Date                             U.S. District Judge / ~~U.S. Magistrate Judge~~

\* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                    NOTICE OF DOCUMENT DISCREPANCIES

**RECEIVED**
BUT NOT FILED

08/02/2021

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY



Fee Paid

**Final Arbitration Award**

| IN THE MATTER OF THE ARBITRATION BETWEEN: | ) | Contract # 03012021-Jamie |
|---|---|---|
| | ) | |
| Jamie Stanton | ) | **5:21-mc-00011-UA** |
| Claimant | ) | |
| | ) | |
| | ) | |
| SAN BERNARDINO COUNTY CHILDREN AND FAMILY SERVICES | ) | **ARBITRATION AWARD AND ORDER** |
| | ) | |
| | ) | |
| Respondent | ) | |

**Arbitrator:** David Crabtree
PO Box 2503
Florence, Oregon. 97439

**Arbitration Via:** ZOOM

## A. Jurisdiction

The contract allowed the claimant to choose the arbitrator.
The state of California allows private-side, common-law arbitration in these matters.

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

1

It is a common mistake by the respondent to assume that I as an arbitrator am trying to take over the Juvenile court jurisdiction of the Juvenile case. It is commonly said that I am trying to apply the Law Of Contracts to the Juvenile court proceedings. I am not. Jurisdiction of a Juvenile neglect or abuse case is solely in that court. I do not have any jurisdiction on the parties in that case.

But I DO have jurisdiction over a contract entered into on the private-side and it's parties, no matter who those parties are. Even if one of those parties is a government entity. Both Federal laws and State laws give me that jurisdiction.

If I find that the contact fulfilled all the stipulations of being a legal and binding contract, I have jurisdiction on this matter. If I find, like in this case, that the Agency, as one of the parties to this legal and binding contract agreed to NOT have any type of immunnities offered by the Federal government or the state, then I make the determination that I have full jurisdiction over a contact matter involving a government agency.

I hereby declare that I have FULL jurisdiction in this matter.

## B. The parties and their legal representatives

### Claimant:
Jamie Stanton
1508 E Fairfield Ct. Ave. 1
Ontario, California.  91761

909-704-5100
calijayde2017@gmail.com

### Respondent:

SAN BERNARDINO COUNTY CHILDREN AND FAMILY SERVICES
9518 E 9th St,
Rancho Cucamonga, CA 91730

**Representation:** None at arbitration hearing

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

2

## C.    Background on Notice Of Arbitration To Respondent

On April 04, 2021, the claimant sent a notice of Demand For Emergency Arbitration to Bertha Reeves at Bertha.Reeves@hss.sbcounty.gov. This person is an agent of SAN BERNARDINO COUNTY CHILDREN AND FAMILY SERVICES.

This arbitrator also sent a NOTICE OF DEMAND FOR EMERGENCY ARBITRATION to the respondent via Email. It was delivered to Bertha Reeves at Bertha.Reeves@hss.sbcounty.gov on April 07, 2021 at 3:56 PM.

This arbitrator sent a second NOTICE OF DEMAND FOR EMERGENCY ARBITRATION to the respondent via Email. It was delivered to Bertha Reeves at Bertha.Reeves@hss.sbcounty.gov  on April 09, 2021 at 3:40 PM.

The second notice gave the time and date of the arbitration. The notice stated that it would be done on Zoom at 10:00 AM of 04/12/2021.

The notice gave detailed information as to how to contact the arbitrator, where to find the rules of arbitration, and the time limit to do so. It also gave notice that the agency would give up it's right to arbitration after the 24 hours had expired as per the rules of arbitration, and the the arbitration would move forward with out the agency's participation.

Because the agency did not show up at that time, they lost all due process of any other notices. The agency's representation did not contact me in any manner. The agency did not show. A decision was made between the claimant and the arbitrator for the arbitration to be held on Zoom at 1:00 PM of 04/13/2021.

A fair opportunity was given the agency to present it's case.

The agency did not show up for the arbitration.

## D.    Summary Judgment

The claimant asked for a summary arbitration and it was granted.

## E. Terms Of The Arbitration Agreement Between The Parties

The Arbitration Clause: Stipulations # 51-72

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

3

## These are a List of rules From The Contract For The Arbitrator

#51 A summary disposition of any claims or particular issue may be requested and decided by the arbitrator.

#53 A designated arbitrator shall be chosen at random by the claimant.

#52 Any controversy or claim arising out of or relating in any way to this Agreement or with regard to it's formation, interpretation or breach, and any issues of substantive or procedural arbitrarility shall be settled by arbitration.

#56 The arbitrator may award any legal or equitable remedy, including but not limited to, the remedies of claim for a temporary restraining order, preliminary or permanent injunctive relief, specific performance, and consequential or compensatory damages.

#59. The award of the arbitrator shall be accompanied by a reasoned opinion.

#60. The arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear.

#64 That the arbitrator is permitted and allowed to adjust the arbitration award up to four (4) times the original values associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

#68 This agreement will be governed, construed, reviewed and interpreted in accord with the Common law.

#69 That the arbitrator is prohibited from considering and/or relying on statutory law.

## These Are A List Of Rules From The Contract For The Parties

#51.  Wherein  this  Conditional  Acceptance  for  Value/Agreement/Contract constitutes  an  agreement  of  all  interested  parties  in  the  event  of  a  default  and acceptance  through  silence/failure  to  respond  when  a  request  for  summary

disposition of any claims or particular issue may be requested and decided by the arbitrator.

#52. Any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitraribility shall be settled by arbitration.

#54. And with respects to this agreement, the defaulting party waives any and all rights, services, notices, and consents to the undersigned and or the undersigned's representative selection of the arbitrator thereby constituting agreement.

#63. That the arbitration process is binding on all parties and is the sole and exclusive remedy for redressing any issue associated with this agreement.

#65. If the respondent(s) have acted as if the contract is quasi[1] or otherwise and does not place a binding obligation upon their persons, upon their organizations, upon their institutions, upon their job qualifications, and breaching that obligation breaches the contract, for which they cannot address due to the direct conflict of interest, It is as a result of that conflict of interest that binding arbitration shall be instituted.

#66. Any final and binding arbitration award may be confirmed at any competent court under original jurisdiction, in accordance with the general principles of non-statutory or non-judicial Arbitration. This competent court can include the undersigned's own Private Side, Court of Record.

#67. Respondent also agrees that the undersigned may take this contract to any competent court under original jurisdiction because of the respondents breach of contract to have this contract enforced without arbitration. This competent court can include the undersigned's own Private Side, Court of Record.

#71. That any determination by the arbitrator is binding upon all parties, and that all parties agree to abide by the decision of the arbitrator, that the arbitrator is to render a decision based upon the facts and conclusions as presented within the terms and conditions of the contract.

#72. Any default of contract by any party must be supported by proof and evidence of said default, that default shall serve as tacit acquiescence on behalf of

---

1 A **Quasi** Contract is an obligation invoked by **law** in the absence of an agreement. Its purpose is to create a **legal** duty where, in fact, no promise or agreement was entered into by the parties. When an Administrative Agency makes rules and regulations, it is acting in a **quasi-legislative** capacity

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

the party who defaulted as having agreed to the terms and conditions associated with the self-executing binding irrevocable contract coupled with interests.

## F. Summary Of The Facts And Procedure Including How The Dispute Arose

It is not my jurisdiction to make judgments on what led the claimant to create a contract with the agency. But, it is my understanding that the claimant and the agency had a previous relationship in an abuse or neglect investigation and a juvenile court case. The claimant disagreed with the agency's decisions and authority over them and their children and so created a Private side, counter offer, outside of the court in the form of a conditional contract.

## G. Summary Of The Issues And The Respective Positions Of The Parties

In the Juvenile court cases, the administrator is hired by the state agency to administrate the hearing for them (Administrative Law Judge or ALJ). This can be a judge or an attorney but they are only and administrator when administrating for the agency. When they hire the administrator, they create a contract of whether the administrators decision is binding or not. It can be different in each state or county. Where it is not binding, the agency can go against the decision of the administrator and fulfill their contract outside of court. Like any plaintiff in any court, they can chose to dismiss the case at any time.

It is the state or county that petitions the court to hear their complaint about the parents real or unreal abuse or neglect. In court, any petitioner can ask that their case is dismissed. This is done with a motion to dismiss or withdraw. A plaintiff can also voluntarily dismiss an action by choosing to drop the case or by reaching an out of court settlement with the defendant.

In this case at hand, through this conditional contract , the agency entered into an out-of-court settlement with the claimant to dismiss the juvenile court action and to give the back the claimants property, namely the claimants children.

**H. Analysis Of The Arbitrators' Findings As To The Facts And Application Of The Law To These Facts.**

The first matter at hand is to determine if the contract is valid and binding and meets the rules of contracts.

The question must be asked; Can a contract be legal and binding if there are no signatures on the contract?

The answer was in the contract itself. Twice I found the below warning in the contract. It was clear and unambiguous.

 The contract states: "THIS CONTRACT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES. There is no signature needed on this contract from the respondent."

At stipulation #32 we find the below law and a footnote explaining what Acquiescence means:

**YOUR FAILURE TO RESPOND IS TACIT AQUIESCENCE[2]**

1. **Respondent agrees with the law of *RESTATEMENT (SECOND) OF CONTRACTS* in that there is *NO* signature needed from the respondent or their representative on this written contract to make it legal and binding.**

   **§ 69. Acceptance by Silence or Exercise of Dominion**

   (1)    Where an offeree fails to reply to an offer, his silence and inaction operate as an acceptance in the following cases only:

   (a) Where an offeree takes the benefit of offered services with reasonable opportunity to reject them and reason to know that they were offered with the expectation of compensation.

---

2   **ACQUIESCENCE, contracts**. The consent which is impliedly given by one or both parties, to a proposition, a clause, a condition, a judgment, or to any act whatever. The tacit approval of conduct that might otherwise have provided grounds for an action but which cannot be objected to if undertaken with the consent of the party affected. Consent may be express or implied, and one circumstance where consent may be implied is where the party affected, in full knowledge of his rights, takes no action.

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

**(b) Where the offeror has stated or given the offeree reason to understand that assent may be manifested by silence or inaction, and the offeree in remaining silent and inactive intends to accept the offer.**

In this case, the offeror is the claimant and the offeree is the Agency. So the above would read: Where the Agency fails to reply to an offer, his silence and inaction operate as an acceptance where the claimant has stated or given the Agency reason to understand that assent may be manifested by silence or inaction, and the Agency in remaining silent and inactive intends to accept the offer.

I found in the contract where the claimant had given clear reason for the agency to understand that the Agency's assent would be manifested by silence or inaction.

The Agency should have taken this seriously but they did not. They understand that an affidavit if not rebutted stands as truth.

The Agency remained silent and did not answer the SHOW CAUSE affidavit within the  72 hour time period allowed in the contract. In fact , the Agency had an opportunity to demonstrate by law or witnesses that the contract was not real or binding. But instead, the Agency excepted the terms of the contact by their silence and inaction and therefore breached the contract by their lack of fulfilling the contract in any way.

# I.    Comment On the Show Cause

The 'SHOW CAUSE' was an integral part of the conditional contract. If the respondent could not, or would no, answer all the show cause within a specified time limit, then the condition was that the Agency would be required to live up to the stipulations in the contract.

A SHOW CAUSE is usually a method used in court. In this case, it was used in a court of common law. The claimant used their right to a "Private side, Court Of Record". I found no common-laws stating that it could not be done in the manner at hand.

I did find these mentioned in the contract that implied that the claimant could practice law.

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

" **Private Attorney. Attornatus Privatus, latin** - in your own court, also the sovereign, and also in the capacity of private attorney representing the court. the court represents the court, the sovereign and the suit of the sovereign."

"The practice of Law can not be licensed by any state/State....(a) A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process Clause of the Fourteenth Amendment. **Pp. 353 U. S. 238-239.  [Schware v. Board of Examiners, 353 U.S. 238, 239]**"

"The practice of Law is an occupation of common right! **[Sims v. Aherns, 271 S.W. 720 (1925)]**"

If you can practice law as a private individual, then it would be called private-side and if your procedures fulfill the definition of a court of record, then you can call it a "Court of Record."

The respondent did not object in any way to the claimant's use of Show Cause affidavit or the caption as if it was from a court of law and therefore acquiesced to the method .

## J. Questions To Consider

**Can a private individual contact with a governmental entity?**

The simple answer is YES. The government does it all the time. Anything the government has you sign with your name on a paper, it is a contract. That means that the Agency in this matter at hand can enter into an agreement with a private party. It is done in their service plans, safety plans, temporary orders, and even family-based safety services, Releases of Information, etc. If the agency can enter into a contract with a private-side party by having them sign these papers, than that means that the private-side party can create a contract with the governmental entity.

**Can a <u>conditional</u> contract be had with a government Agency?**

Yes, conditional contracts are use all of the time in insurance and real estate also. There is no reason that a private person cannot craft their agreement with a government Agency in that manner also. The Agency's contracts in the form of service plans, safety plans, temporary orders, and even family-based safety services, Releases of Information are conditional contracts.

If the agency did not like the conditions, by Law of the land and Law of Contracts, they should have contacted the claimant before they breached the contract to communicate the conditions in the contact. They did nothing instead. Therefore they acquiesced to the method and conditions in the contract. Again, because the contract was an affidavit, it stood as truth if not rebutted.

**Is The governmental entity obligated to fulfill the stipulation in the contract?**

If the document has all the elements of a contract, then, YES, the government Agency is obligated to live up to the conditions and stipulations they agreed to just like any private party.

**Speaking of Elements Of A Contract, lets look at what is needed and if it was fulfilled in this contract at hand.**

**Seven Essential Elements must Be Present Before A Contract Is Legal And Binding:**

**1.      The Offer**

This contract clearly spelled out what the claimant's offer was. There was no guessing.

It was a: If you do this action, I won't take this action. If you do not do this action, I will take this other action.

**2.      Acceptance**

This contract clearly spelled out how the claimant would know that the Agency had excepted the offer. It was by the Agency's silence or inaction. The Agency also showed their silence and inaction by not showing at the arbitration where they had a chance to rebuttal. The Agency clearly accepted the terms of the contract.

**3.      Mutual Assent (also known a s "meeting of the minds")**

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

10

Meeting of the minds refers to the comprehension and mutual agreement of mutual assent of both parties to a contract's terms. The best way to do this is to write the contact out so that there would be no guessing as to what would be agreed to. This contact is written out.

The claimant agreed to the contract because they wrote it up and delivered it to the agency. Now the Agency would have to have "assent" or "mutual agreement" to the contract to make it binding. Again, the Agency agreed to the terms and stipulations by their silence or inaction as was the condition of the contract an therefore acquiesced to it as per **RESTATEMENT (SECOND) OF CONTACTS § 69**

## 4.    CONSIDERATION

This contract fulfills what is called a "conditional consideration".

Consideration is the central concept in the common law of contracts and is required, in most cases, for a contract to be enforceable. Consideration is the price one pays for another's promise. It can take a number of forms: money, property, a promise, the doing of an act, or even refraining from doing and act. In broad terms, if one agrees to do something he was not otherwise legally obligated to do, it may be said that he had given consideration. For example, Jack agrees to sell his car to Jill for $100. Jill' payment of $100 (or her promise to do so) is the consideration for Jacks promise to give Jill the car, and Jack's promise to give Jill the car is consideration for Jill's payment of $100.

The consideration in this contract was that if the Agency DID NOT close the juvenile case and return what they had taken from the claimant, then the Agency would have to pay $10,000 per day.

If the Agency DID close the case and return what they had taken, then they would not have to pay anything at all.

Again, the agency agreed to the stipulations in the contract by their silence and inaction. When they did that, they also showed consideration to the conditions of the contract.

By the Agency not doing anything, they agreed to do something they were not otherwise legally obligated to do. In this manner, they gave their consideration.

The contact fulfills the legal consideration to make this contact legal and binding in the matter of consideration.

### 5.    Capacity

The Agency makes contacts everyday. There is no question of if they have the capacity to contract.

### 6.    Legality

A conditional contract is legally binding if formed under contract law requirements. A contact is considered an "illegal contract" when the subject matter of the agreement relates to an illegal purpose that violates the law.

Basically, contracts are illegal if the formation of performance of the agreement will cause the parties to participate in illegal activities.

I find no common-law that shows that this contract is illegal or what was considered as illegal. If there is a common-law that hows that it is illegal, the respondent had a chance to present that to this arbitrator at arbitration but the Agency chose not to even attend the arbitration hearing. They therefore gave up their right to bring it to the table. They lost out on any Due Process owed them.

Another matter of legality, is the agency's immunnities. Because the contract met all to the conditions to be a legal and binding contract, then the stipulations 43-44 also are binding. There was NO permission needed by legislation. The Agency gave the permission themselves through their acquiescence.

I quote the clause:

> 43.   "It is agreed that a governmental unit possesses both immunity from liability and immunity from suit. It is agreed that when the governmental unit contracts with a private party it waives immunity from liability, but not immunity from suit. It is agreed that the governmental unit waives immunity from suit only through it's expressed consent. It is agreed that the

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

aformentioned governmental unit is giving it's express consent that it can be sued for breach of contract at time of breach of this contract."

44. "The respondent(s) having given their tacit acquiescence to all stipulations in this agreement are also agreeing to give up any immunnities either implied or given in Federal law or civil statutes. The respondent(s) agree to consent to, and waive all immunity from suit and immunity from liability. The respondent(s) agree that they can be sued, and be impleaded for breach of contract. Respondent(s) agree that legislative permission is not needed to sue them for breach of contract. Respondent(s) agree that their conduct of breach of contract is automatic consent to being sued for breach of contract."

## K. THE DECISIONS

**WHEREAS** the above-captioned matter was arbitrated on 4/13/2021 via Zoom at 1:00 AM ; and;

**WHEREAS** the parties have had a fair and equal opportunity to present their respective cases and deal with that of their counter-party; and;

**WHEREAS** the arbitrator, David Crabtree, fully considered and granted the Claimant's request for summary disposition. And further considered all the affidavits, exhibits, evidence, and matters as to the contract No. 03012021-Jamie, it's terms, promises, and obligations, as well as the relevant law and facts in support as presented during the arbitration of this controversy; and;

**WHEREAS** the respondent entered into a legally binding contractual relationship through tacit acquiescence with Claimant, and the arbitrator found that no fraud in the factum was present; and;

**WHEREAS** It was also found that the claimant and the respondent had a previous relationship. The respondent's tacit acquiescence to the terms of the claimants contact created an estoppel to those proceeding which the respondents ignored; and

**WHEREAS** This arbitrator had determined that the respondent has no qualified or other immunity in the immediate case[3] according to clause #43-44; and;

**WHEREAS** The contract clearly expressed that the method to settle and resolve any/all disputes arising thereunder be settled by arbitration by an arbitrator of the claimant's choice without the respondent's input. The claimant choose Online Contract Arbitration; and;

**WHEREAS,** I, the arbitrator, sent out a notices of arbitration to the respondent. The respondent did not object, protest, or respond to the notices at any time or attempt to amend any portion of said provisions at any time. Online Contact Arbitration proceeded with the arbitration 4 days after a representative of the agency received the second email notice. and;

**WHEREAS** It was found and determined by the arbitrator that the Respondent agreed that they breached the terms of the contract, failed to perform to their agreed upon obligations, and thus created a dispute that requires resolution by this arbitration and award; and;

**WHEREAS** The parties stipulated and agreed that the related Juvenile case and it's judgment and and sentence are void ab initio; and;

**WHEREAS** the parties stipulated and agreed that the Agency would withdraw and Discharge the Juvenile case with prejudice; and;

**WHEREAS** the respondent agreed to return to the claimant what they took from them namely their child/ren; and;

**WHEREAS** the respondent agreed to remove the claimants name from the Central Registry; and;

**WHEREAS** the respondent did not rebut the stipulations in the proposed contract at any time up to the date of the writing of this AWARD and therefore this

---

3   Harlow v. Fitzgerald, 457 U.S. 800. 818 (1982)

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

arbitrator found the respondent liable for the stipulated compensatory awarded; and;

**WHEREAS** the parties stipulated and agreed that, in addition to other remedies, actual Compensatory damages are to be assessed according to the formula of $10,000 per/day starting after the initial 72 hour window for response to the proposed contract until all the stipulations have been fulfilled.

**WHEREAS** the contract stated that additional punitive damages can be optionally assessed. It is deemed that punitive damages may be warranted in the event that Respondent does not voluntarily comply with this award immediately upon presentation of this award. In such an event, the arbitrator imposes punitive damages at a rate of 4 times the amount of actual compensatory damages, in addition to other remedies awarded, pursuant to **Pacific Mut. Life Ins. Co. v. Haslip, 499 US 1 (1991)**;and;

**WHEREAS** the arbitrator found that all elements of forming an agreement and legally binding contract are satisfied. Thus, the Respondent is bound to the terms and obligations agreed upon and imposed on them.

**ACCORDINGLY, IT IS HEREBY ORDERED AND AWARDED:**

1.)    the Agency withdraw and Discharge the juvenile case with prejudice.

2.)    The Agency return to the claimant what they took from them namely their child/ren.

3.)    The Agency remove the claimants name from the Central Registry.

   4.) That the claimant recover from the respondent SAN BERNARDINO COUNTY CHILDREN AND FAMILY SERVICES, actual compensatory damages to include $10,000 per/day beginning from the day the contract was breached and going forward until all stipulations in the contract have been fulfilled. Said damages are to be due and payable in full upon receipt and notice of this award to the respondent.

5.)    That claimant recover punitive damages from the respondent equivalent to 4 times (4X) the amount of compensatory damages conditioned upon the Respondent's failing to voluntarily comply with this award immediately, and the

ARBITRATION AWARD AND ORDER ON CONDITIONAL CONTRACT NO. 03012021-JAMIE

claimant is forced to petition any competent court for confirmation and enforcement of this award; and;

6.)    This award is final and binding upon issuance and execution of the arbitrator's signature below, and takes full force and effect immediately upon issuance.

| ORIGINAL | COPY |
|---|---|
| Jamie Stanton<br>1508 E Fairfield Ct. Ave. 1<br>Ontario, California.  91761<br>909-704-5100<br>calijayde2017@gmail.com | SAN BERNARDINO COUNTY<br>CHILDREN AND FAMILY<br>SERVICES<br>9518 E 9th St,<br>Rancho Cucamonga, CA 91730 |
| SO AWARDED AND ORDERED<br><br>DATED: 04/23/2021<br><br>Florence, Oregon, 97439 | *David Crabtree*<br><br>David Crabtree<br><br>ARBITRATOR |

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.:  FAX NO. *(Optional):*
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

CASE NAME:

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 5:21-mc-00011-UA |
|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. ☐ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☐ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date:

_____          ▶          _____
(TYPE OR PRINT NAME)                                       (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courts.ca.gov |

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                                              CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]                              **CIVIL CASE COVER SHEET**                                        Page 2 of 2